FILED IN CHAMBERS
U.S D.C   Atlanta

JUN 2 3 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOB PETERSON, et. al. ) | |
| ) | |
| Plaintiffs, ) | Case No. |
| vs. ) | 1:06-CV-3087 (RWS) |
| ) | |
| H. MARTIN SPROCK, III, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Upon review of the information contained in the Stipulation Extending Time for Parties to Respond to Certain Pending Motions filed by the parties, the Court orders that the following deadlines in this case be modified as follows:

1. The time within which Plaintiffs may file a response to Defendants' Motion for Judgment on the Pleadings is hereby extended up to and through Friday, July 11, 2008; and

2. The time within which Plaintiffs may file a response to Defendants' Motion to Consolidate for a Mini-Trial on System Supply Issues is hereby extended up to and through Friday, July 11, 2008; and

3. The time within which Defendants may file a response to Plaintiffs' Omnibus Motion to Compel the Production of Documents from All Defendants is hereby extended up to and through Friday, July 11, 2008; and

4. The time within which the Defendants may file a reply brief in support of their Motion for Judgment on the Pleadings is hereby extended up to and through Tuesday, July 29, 2008; and

5. The time within which the Defendants may file a reply brief in support of their Motion to Consolidate for a Mini-Trial on System Supply Issues is hereby extended up to and through Tuesday, July 29, 2008; and

6. The time within which the Plaintiffs may file a reply brief in support of their Omnibus Motion to Compel the Production of Documents from All Defendants is hereby extended up to and through Tuesday, July 29, 2008

IT IS SO ORDERED, this 23rd day of June, 2008.

Richard W. Story, Judge
United States District Court
Northern District of Georgia
Atlanta Division

Copies to:

Robert E. Casey, Jr.
Sandra Gray
Christopher M. Huffines
Casey Gilson Leibel P.C.
Six Concourse Parkway, Suite 2200
Atlanta, Georgia 30328

Robert Zarco
Robert M. Einhorn
*Admitted Pro Hac Vice*
Zarco Einhorn Salkowski & Brito P.A.
Bank of America Tower
100 Southeast 2nd Street, 27th Floor
Miami, Florida 33131

*Counsel for Plaintiffs*

Ann M. Byrd
DLA Piper US LLP
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309-3450

John F. Dienelt
*Admitted Pro Hac Vice*
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036
(202) 861-3900 phone
(202) 223-2085 fax

*Counsel for Defendants*